IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MALRIK C. BOOSE,
     Petitioner,

vs.                                                    3:08cv456/MCR/CJK

KENNETH S. TUCKER,
     Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 8, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and no objection has been made.

Having considered the report and recommendation and the record, the court determines that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1), challenging the convictions and sentences in *State of Florida v. Malrik Cordale Boose* in the Circuit Court for Okaloosa County, Florida, Case Nos. 05-CF-1923 and 07-CF-1391 is DENIED, and the clerk is directed to close the file.

3.     A certificate of appealability is DENIED.


DONE AND ORDERED this 17th day of January, 2012.



*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE